UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CARMINE CORRIERI,

        **Plaintiff,**

  v.                                          9:16-CV-0085

CRAWFORD, Deputy Superintendent of Security;
Gouverneur Correctional Facility; D. VENETTOZZI,
Special Housing/Inmate Disciplinary Program,

        **Defendants.**
_____

THOMAS J. McAVOY,
Senior United States District Judge

# DECISION & ORDER

## I. INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Daniel J. Stewart, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Stewart's August 11, 2017 Report-Recommendation and Order [dkt. # 18] have been filed, and the time to do so has expired.

## II. DISCUSSION

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

## III. CONCLUSION

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order [dkt. # 18]

for the reasons stated therein.  Defendant's Motion to Dismiss and for Sanctions (Dkt. # 14) is **GRANTED** and the action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated:   September 15, 2017

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge